IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01772-RPM

UNITED STATES OF AMERICA, *ex rel.*
MICHAEL GEHRKE, M.D., RELATOR,

      Plaintiffs,

v.

ANESTHESIA OF THE ROCKY MOUNTAINS, LLC,
GASTROENTEROLOGY ASSOCIATES OF COLORADO SPRINGS, LLP,
RICHARD FOLAN, M.D.,
SAMUEL IWATA, M.D.,
SUE MITCHELL, M.D.,
THOMAS MEISTER, M.D., and
PATRICIA TAPPAN,

      Defendants
_____

ORDER GRANTING EXTENSION OF TIME TO ELECT TO INTERVENE
_____

      Upon consideration of the motion by the United States for leave to file two days out of time its motion for extension of time to notify the Court of its decision regarding intervention in this False Claims Act action it is

      ORDERED that the motion is granted and the United States shall file its motion for extension of time to elect to intervene on January 24, 2014.

      DATED: January 24th, 2014

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge