# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01772-RPM

**CASE RESTRICTED**
**LEVEL 2 RESTRICTED**

UNITED STATES OF AMERICA, *ex rel.*
MICHAEL GEHRKE, M.D.,
SCOT M. LEWEY, D.O.,
PRASHANT KRISHNAN, M.D., RELATOR,

    Plaintiffs,

v.

ANESTHESIA OF THE ROCKY MOUNTAINS, LLC,
GASTROENTEROLOGY ASSOCIATES OF COLORADO SPRINGS, LLP,
RICHARD FOLAN, M.D.,
SAMUEL IWATA, M.D.,
SUE MITCHELL, M.D.,
THOMAS MEISTER, M.D., and
PATRICIA TAPPAN,

    Defendants.

## CASE RESTRICTED

## ORDER GRANTING EXTENSION OF TIME TO ELECT TO INTERVENE

Upon consideration of the unopposed Level 2 Restricted motion by the United States for extension of time to notify the Court of its decision regarding intervention in this False Claims Act action it is

ORDERED that the motion is granted and 1) the United States shall have until July 21, 2014 to notify the Court of its decision regarding intervention; and (b) directing that during this same time period, the case will remain sealed.

DATED this 27th day of January, 2014

                              BY THE COURT:
                              s/Richard P. Matsch

                              Richard P. Matsch, Senior Judge