# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01772-RPM                    **CASE RESTRICTED**

UNITED STATES OF AMERICA, *ex rel*.
MICHAEL GEHRKE, M.D.,
SCOT M. LEWEY, D.O.,
PRASHANT KRISHNAN, M.D., RELATOR,

    Plaintiffs,

v.

ANESTHESIA OF THE ROCKY MOUNTAINS, LLC,
GASTROENTEROLOGY ASSOCIATES OF COLORADO SPRINGS, LLP,
RICHARD FOLAN, M.D.,
SAMUEL IWATA, M.D.,
SUE MITCHELL, M.D.,
THOMAS MEISTER, M.D., and
PATRICIA TAPPAN,

    Defendants.

## CASE RESTRICTED
## ORDER GRANTING EXTENSION OF TIME TO ELECT TO INTERVENE

Upon consideration of the unopposed Level 2 Restricted motion by the United States for extension of time to notify the Court of its decision regarding intervention in this False Claims Act action it is

ORDERED that the motion is granted and 1) the United States shall have until November 20, 2015, to notify the Court of its decision regarding intervention; and (b) directing that during this same time period, the case will remain restricted.

DATED this 20th day of October, 2015

                                BY THE COURT:

                                s/Richard P. Matsch

                                Richard P. Matsch, Senior Judge